UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
ROB SALTZMAN, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee   File No.

Order Filed on January 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Myron O. Cox
Aliyah M. Cox

Case No.: 16-26639-CMG

Hearing Date: January 18, 2017

Judge: Christine M. Gravelle

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: January 19, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of __Police & Firemen's Retirement System Board of Trustees by its Administrative Agent NJHMFA__, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

29 Shawnee Trail
Burlington, NJ 08016

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7 12 16*

United States Bankruptcy Court
District of New Jersey

In re:  
Myron O. Cox  
Aliyah M. Cox  
    Debtors

Case No. 16-26639-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 19, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.  
db/jdb        +Myron O. Cox,    Aliyah M. Cox,    29 Shawnee Trail,    Burlington, NJ 08016-3947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:
         Albert    Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
          by its Administrative Agent New Jersey Housing & Mortgage Finance Agency dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Rex J. Roldan    on behalf of Joint Debtor Aliyah M. Cox roldanlaw@comcast.net
         Rex J. Roldan    on behalf of Debtor Myron O. Cox roldanlaw@comcast.net
         Robert P. Saltzman    on behalf of Creditor    Police & Firemens Retirement System Board of
          Trustees by its Administrative Agent New Jersey Housing & Mortgage Finance Agency dnj@pbslaw.org
                                                                                                                                 TOTAL: 5