Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−26639−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Myron O. Cox
29 Shawnee Trail
Burlington, NJ 08016

Aliyah M. Cox
29 Shawnee Trail
Burlington, NJ 08016

Social Security No.:
xxx−xx−9071

xxx−xx−4092

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 28, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: February 28, 2020
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-26639-CMG
Myron O. Cox                                                            Chapter 13
Aliyah M. Cox
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 28, 2020
                              Form ID: 148             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
```
db             #+Myron O. Cox,    29 Shawnee Trail,    Burlington, NJ 08016-3947
jdb            #+Aliyah M. Cox,    29 Shawnee Trail,    Burlington, NJ 08016-3947
cr              +Police & Firemens Retirement System Board of Trust,    c/o Cenlar FSB,    Attn: BK Department,
                  425 Phillips Boulevard,    Ewing, NJ 08618-1430
516365693      +Advanced Endodontic Associates,    303 W Main Street,    Freehold, NJ 07728-4832
516365695      #Atlantic Credit & Finance SFU (ACF),    PO Box 12966,    Roanoke, VA 24030-2966
516365708       Atlantic Credit and Finance, Inc.,    Morgan, Bornstein & Morgan,    1236 Brace Road, Suite K,
                  Cherry Hill, NJ 08034-3269
516365699      +Cenlar, FSB,    PO Box 77404,    Trenton, NJ 08628-6404
516365701      +Debt Recovery Solutions, LLC,    PO Box 9004,    Westbury, NY 11590-9004
516365703      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
516365705      +Jusco Medical, LLC,    425 19th Street Ensley,    Birmingham, AL 35218-1601
516365706      +KML Law Group, PC,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
516365709       National Service Bureau, Inc.,    18820 Aurora Ave N Ste 205,    Seattle, WA 98133-3900
516581224      +Police & Firemen's Retirement System Board of Trus,    c/o Cenlar FSB,    Attn: BK Department,
                  425 Phillips Boulevard,    Ewing, NJ 08618-1430
516365711      +Police and Fire Federal Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
516365713       Remex, Inc.,    307 Wall St,    Princeton, NJ 08540-1515
516365714       Seattle Service Bureau,    18912 North Parkway, Suite 205,    Bothell, WA 98011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 29 2020 00:20:27     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 29 2020 00:20:25     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516365694       EDI: AFNIRECOVERY.COM Feb 29 2020 04:53:00      Afni, Inc.,    PO Box 3427,
                  Bloomington, IL 61702-3427
516365696       EDI: CAPITALONE.COM Feb 29 2020 04:53:00      Capital One,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
516410746       EDI: CAPITALONE.COM Feb 29 2020 04:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
516365697      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 29 2020 00:17:34
                  Carson Smithfield, LLC,    PO Box 9216,    Old Bethpage, NY 11804-9016
516365698      +E-mail/Text: bankruptcy@cavps.com Feb 29 2020 00:20:45      Cavalry Portfolio Service,
                  500 Summit Lake Dr,    Valhalla, NY 10595-2322
516367435      +E-mail/Text: bankruptcy@cavps.com Feb 29 2020 00:20:45      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516365700       EDI: CITICORP.COM Feb 29 2020 04:53:00      Citi Cards,    PO Box 6500,
                  Sioux Falls, SD 57117-6500
516365702       EDI: DIRECTV.COM Feb 29 2020 04:53:00      Directv,    PO Box 6550,    Englewood, CO 80155-6550
516585538       EDI: DIRECTV.COM Feb 29 2020 04:53:00      Directv, LLC,    by American InfoSource LP as agent,
                  PO Box 5008,    Carol Stream, IL  60197-5008
516365704      +EDI: IIC9.COM Feb 29 2020 04:53:00      I.C. System Inc.,    PO Box 64378,
                  Saint Paul, MN 55164-0378
516423360       E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 29 2020 00:17:07      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516365707      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 29 2020 00:17:36      Merrick Bank,
                  PO Box 9201,    Old Bethpage, NY 11804-9001
516377944       EDI: RECOVERYCORP.COM Feb 29 2020 04:53:00      Orion Portfolio Services LLC,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
517620154      +EDI: PRA.COM Feb 29 2020 04:53:00      Orion Portfolio Services LLC,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516365712       EDI: PRA.COM Feb 29 2020 04:53:00      Portfolio Recovery Associates, LLC,
                  120 Corporate Blvd Ste 100,    Norfolk, VA 23502
516365710      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 00:18:28
                  Pinnacle Credit Services,    PO Box 640,    Hopkins, MN 55343-0640
516365716       EDI: RMSC.COM Feb 29 2020 04:53:00      Synchrony Bank,    ATTN: Bankruptcy Dept,    PO Box 965060,
                  Orlando, FL 32896-5060
516365718       EDI: VERIZONCOMB.COM Feb 29 2020 04:53:00      Verizon,    500 Technology Dr Ste 550,
                  Saint Charles, MO 63304-2225
516365719       EDI: VERIZONCOMB.COM Feb 29 2020 04:53:00      Verizon New Jersey, Inc.,    PO Box 165018,
                  Columbus, OH 43216
516365720      +EDI: VERIZONCOMB.COM Feb 29 2020 04:53:00      Verizon Wireless,    PO Box 3397,
                  Bloomington, IL 61702-3397
                                                                                               TOTAL: 22
```

                   ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 28, 2020
                              Form ID: 148             Total Noticed: 38

516365715     ##+Stephens & Michaels Associates, Inc.,   7 Stiles Road,   Salem, NH 03079-4848
516365717     ##+Trident Asset Management, LLC,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2230
                                                                         TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Police & Firemens Retirement System Board of Trustees
               by its Administrative Agent New Jersey Housing & Mortgage Finance Agency dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rex J. Roldan     on behalf of Joint Debtor Aliyah M. Cox roldanlaw@comcast.net,
               roldanlaw1@gmail.com
              Rex J. Roldan     on behalf of Debtor Myron O. Cox roldanlaw@comcast.net,   roldanlaw1@gmail.com
              Robert P. Saltzman     on behalf of Creditor    Police & Firemens Retirement System Board of
               Trustees by its Administrative Agent New Jersey Housing & Mortgage Finance Agency dnj@pbslaw.org
                                                                                                TOTAL: 5